Susan Elaine CASELMAN, Appellant,

v.

Donald Wayne CASELMAN,
Respondent.

No. WD 66727.

Missouri Court of Appeals,
Western District.

Jan. 23, 2007.

James A. Rahm, Carrollton, MO, for Appellant.

Danette Rardon, Chillicothe, MO; and Scot T. Othic, Marceline, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., PATRICIA A. BRECKENRIDGE, and JOSEPH M. ELLIS, JJ.

## ORDER

PER CURIAM.

Ms. Susan Elaine Caselman appeals the trial court's judgment awarding Mr. Donald Wayne Caselman certain property and the dependency tax exemption for their son.

 

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).